| | |
|---|---|
| Roy R. Withers, Esq. (State Bar #120779)<br>Law Office of Roy R. Withers<br>2802 Juan Street, Suite 12<br>San Diego, CA 92110-2762<br>Telephone: (619) 295-1305<br>Facsimile: (619) 297-9036 | 2006 SEP 26 AM 9:19 |

Attorney for Anthony Parisi

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BEAUTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM JUNK, et al.,<br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Civil No. 06cv1013 BEN(RBB)<br><br>NOTICE OF MOTION TO WITHDRAW<br>WITHOUT PREJUDICE<br><br>46 USC §185<br>Federal Rules of Civil<br>Procedure Supplemental Rules<br>for Certain Admiralty and<br>Maritime Claims, Rule F(4)-(5) |

TO CLAIMANTS AND THEIR ATTORNEYS OF RECORD:

Plaintiff-of-Limitation in this matter, ANTHONY PARISI, hereby motions the Court to withdraw his claim, Southern District Case No. 06cv1013 BEN(RBB), , without prejudice.

DATED: 9/22/06

Respectfully Submitted,

IT IS SO ORDERED
DATED _9/25/06_,

_____
UNITED STATES DISTRICT JUDGE

_____
Roy R. Withers

Page 1 of 1
NOTICE OF MOTION TO WITHDRAW WITHOUT PREJUDICE